

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MJC

RECEIVED

FEB 12 2008
FEB 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEMETRIUS D.
HEMPHILL

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

SGT. SKINNER
OFC. HOPKINS
LT. McNAMARA
TOM DART, SHERIFF

08CV902
JUDGE LEINENWEBER
MAG. JUDGE BROWN

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
     U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
     28 SECTION 1331 U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

Plaintiff(s):

Revised: 7/20/05

①

A. Name: DEMETRIUS D. HEMPHILL

B. List all aliases: Q

C. Prisoner identification number: 2005 006 8708 — N84682

D. Place of present confinement: COOK COUNTY JAIL DIV-10-2-A

E. Address: P.O. box 089002, CHICAGO, ILL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: SGT. SKINNER

   Title: SERGEANT, CORRECTIONAL OFFICER

   Place of Employment: COOK COUNTY JAIL, DIV 8

B. Defendant: OFC. HOPKINS

   Title: CORRECTIONAL OFFICER

   Place of Employment: COOK COUNTY JAIL, DIV 8

C. Defendant: LT. MCNAMARA

   Title: SUPERVISING LIUTENANT

   Place of Employment: COOK COUNTY JAIL, DIV 8

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised: 7/20/05

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓)  NO ( )   If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✓)  NO ( )

C. If your answer is YES:

1. What steps did you take?
   I FILED A GRIEVANCE ALLEGING THAT I WAS ASSAULTED

2. What was the result?
   INTERNAL AFFAIRS CLAIMED I BECAME COMBATIVE TOWARD STAFF, AND ACCUSED ME OF DISTROYING STATE PROPERTY.

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
   I APPEALED THE CONTRIVED ACCUSATIONS, BUT I.A.D DETERMINED THAT MY GRIEVANCE DID NOT WARRANT AN INVESTIGATION.

D. If your answer is NO, explain why not:

E. Is the grievance procedure now completed? YES (✓) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( )

G. If your answer is **YES**:

1. What steps did you take?

   _____
   _____
   _____

2. What was the result?

   _____
   _____
   _____

H. If your answer is NO, explain why not:

   _____
   _____
   _____

④

Revised: 7/20/05



IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

  A. Name of case and docket number: DEMETRIUS D. HEMPHILL VS. CHICAGO POLICE DEPARTMENT, ETC et al.

  B. Approximate date of filing lawsuit: OCTOBER 7, 05

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: DEMETRIUS D. HEMPHILL A.K.A: Q

  D. List all defendants: OFC. FASUNA #6418 OFC. UNKNOWN #___

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT OF ILLINOIS

  F. Name of judge to whom case was assigned: JUDGE MANNING MAGISTRATE JUDGE VALDEZ

  G. Basic claim made: AGGREVATED BATTERY / POLICE BRUTALITY

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): CASE PENDING

  I. Approximate date of disposition: ___

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised: 7/20/05

B

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

  A. Name of case and docket number: DEMETRIUS D. HEMPHILL V. C/O MACFARLANE, etc, et al. 06C 6020

  B. Approximate date of filing lawsuit: Nov 3, '06

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: DEMETRIUS HEMPHILL A.K.A; Q

  D. List all defendants: OFC. MACFARLANE # 8544
  SGT. MANOS # 945
  LT. SWAN # 135

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT OF ILLINOIS

  F. Name of judge to whom case was assigned: JUDGE BUCKLO MAGISTRATE JUDGE GERALDINE SOAT BROWN

  G. Basic claim made: FAILURE TO PROTECT, VIOLATING 14th amend. RIGHT OF EQUAL PROTECTION UNDER THE LAW.

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

  I. Approximate date of disposition: SEPT. 19, '07

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

C.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: DEMETRIUS D. HEMPHILL V. SHERIFF TOM DART    08 CV 157

B. Approximate date of filing lawsuit: JAN 8 2008

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: DEMETRIUS HEMPHILL A.K.A Q

D. List all defendants: SHERIFF TOM DART, OFFICERS; KERN #4565, LOMBARDI #8118, NICKLE #6501, KOUCH #7975, SKINNER #____; MCGOUGH #5715

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT OF ILLINOIS

F. Name of judge to whom case was assigned: JUDGE LEINENWEBER MAGISTRATE JUDGE BROWN

G. Basic claim made: Violation of the 8th amends, cruel & unusual clause punishment clause: Excessive force and police brutality: 14th amend equal protection clause violation!

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): STILL PENDING

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the 18th Nov '07 while I was in the hospital section of the Div 8/Cermak healthcare facility recieving treatment for my deabetes, ~~Ofc. Skinner~~, Sgt. Skinner, Ofc. Hopkins, LT. McNamara, came to remove me and place me in disciplinary segregation (Hole) of Div 8 on 3south that is locked-down 24hrs for no apparent reason. I asked to know why I was being taken to seg. Sgt. Skinner replied that he doesint know why I am asking that he doesint have to explain a damn thing to me. I said I know my rights, and I can demand to know why I am being punished by being sent to seg, that this is harassment. As soon as I finished my statement Ofc. Hopkins punched me on my nose with a balled fist, and my nose started to bleed. I put my hand over my nose and I saw blood all over my hand. I yelled "You broke my nose, why did you hit me?" Sgt. Skinner replied "you made him mad"! I turned to Sgt Skinner and said to him that you are his superior ofc, are you just going to let him hit me? He said I know what I am and he punched me in my stomach, then

8

Revised: 7/20/05

Ofc. Hopkins hit me from the side punching my kidneys. I was handcuffed to the front but I couldn't protect myself as they both continued to hit me repeatedly. I fell to the floor and balled-up in a fetal position with my hand to my face trying to minimize the area of my body they could kick as they kept kicking me on my back and lower torso and legs. While this was going on Lt. McNamara was standing to the side watching them assault me, I called out to him for help he said, "don't call me muthafucker, you are getting what you deserve for your big mouth, this will teach you not to talk back to officers."

On the above date my 8th amend. right and my 14th amend right against cruel and unusual punishment and equal protection under the law was violated, when Lt. McNamara, Sgt. Skinner, & Ofc. Hopkins knowingly and deliberately inflicted bodily harm on me, with conscious disregard to my diabetic condition, or consequence of their action caused me pain and suffering, physically and mentally when they used excessive force on me, assaulting me, all because I asserted my 8th amend. right against cruel and unusual punishment of the U.S.C.A. My witnesses are Ofc. Lawrence and 4 inmates:— Smith 2006 007 9126; Wright 2007 000 3147; Span 2003 008 7286; Tucker 2007 008 1061. All are willing to testify if need be.

VI.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I respectfully request that the courts grant me compensation for my pain and suffering both Physically and Emotionally in the amount of $150,000 compensatory, $100,000 for each officers for punitive damages. Total of $450,000.

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 21st day of JAN, 20 08

*Demetrius D. Hemphill*
(Signature of plaintiff or plaintiffs)

DEMETRIUS . D . HEMPHILL
(Print name)

2005 006 8705 — N84682
(I.D. Number)

P.O. Box 089002, CHICAGO IL 60608

(Address)

10

Revised: 7/20/05