TO WHOM THIS MAY CONCERN:

4-23-08   MHW

CLERK OF THE CIRCUIT COURT - NORTHERN DISTRICT

08 C 902

**FILED**
APR 28 2008
4-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MY NAME IS DEMETRIUS D. HEMPHILL,

"I AM WRITING TO YOU AT THIS PRESENT TIME. IN REFERENCE TO MY (1983) LAWSUIT, WHICH WAS FILED ON JANUARY 8, 2008 AGAINST THE OFFICERS WHO ARE EMPLOYED BY THE COOK COUNTY DEPT. OF CORRECTIONS.

"NOW THE REASON FOR THIS LETTER BEING WRITTEN IS BECAUSE I HAVE A CASE NUMBER AGAINST THE OFFICERS MENTIONED IN THIS CORRESPONDENCE. WITH RELATIVE CONCERN ONLY FIVE (D.O.C) OFFICERS INVOLVED. WERE SERVED NOTICE OF THE COMPLAINT AGAINST THEM, IN LAW-SUIT.

— OFFICERS MENTIONED IN COMPLAINT. WHO WERE SERVED NOTICE.

(1.) C/O LOMBARD #8118
(2.) C/O KERN #4565
(3.) C/O KOUCH #7975
(4.) C/O SKINNER # BADGE NO. UNKNOWN
(5.) C/O NICKLES #6501 — WHOM WAS NOT SERVED NOTICE OF COMPLAINT
(6.) C/O MCGOUGH #5775

THE COUNTY OFFICER NICKLES #6501 — WAS NOT SERVED NOTICE BY THE U.S. MARSHALLS AND HE WAS ONE OF THE OFFICERS MENTIONED IN ORIGINAL COMPLAINT. (1983) FILED ON (JANUARY 8, 2008) I AM ASKING THAT HE ALSO BE SERVED WITH THE REST OF THE DEFENDANTS, AND WOULD LIKE FOR YOU TO ADD THE COOK COUNTY DEPT. OF CORRECTIONS TO COMPLAINT ALSO, BECAUSE RELATIVELY SO! THE OFFICERS INVOLVED WITH THE ASSAULT. ARE EMPLOYEES OF (D.O.C) OF THE COUNTY OF COOK. ASSAULT TOOK PLACE ON (JUNE 1, 2007) AND HAVE C/O NICKLES SERVED BY THE U.S. MARSHALLS. ENSURING THAT HE IS AWARE THAT HE IS ALSO INCLUDED IN (1983) LAW-SUIT. C.C.D.O.C. be added. I would also like to add the C.C.D.O.C to CASE. Demetrius Hemphill vs. Sgt. Skinner, et al. Case Number 08.CV.00902 & Demetrius Hemphill vs. 08.CV.0157 Demetrius Hemphill vs. Tom Dart etc. et al.

RESPECTFULLY SUBMITTED,

Demetrius Hemphill

DEMETRIUS D. HEMPHILL
#ID 2005-0068708
CASE NO. 08-CV-0157
P.O. BOX 089002
CHICAGO, IL 60608