FILED
MAY 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

May 30, 2008

08C902     5-25-08

To Whom It May Concern,       Change of Address

I Demetrius Hemphill #20050068708. I'm writting you to let you know that I was ship to Stateville C.C. N.R.C. on 5-5-08 and now I got back to the cook county jail on 5-15-08 and they gave me a new I.D. Number of #20080033882. I have two cases infront of the same Judge name Judge deinerweber Magistrate Judge Brown on the case Demetrius D. Hemphill vs. Tom Dartete, et al, 08 C-0157 that's one the other one is Demetrius D. Hemphill, vs. Sgt. Skinner, etc. al, 08 C 0902 by Judge deinerweber Magistrate Judge Brown. So I would like for you to send all my mail from the court to me under my new I.D. Number #20080033882. My prisons Number is Demetrius Hemphill #N-84682 that's when I get ship back out so please send me all my mail under my new cook county jail number of 20080033882. thank you very much to this matter in hand

Sincerly yours
Demetrius Darrell Hemphill

P.S. please write back as soon as possible to let me know that you got this letter I would like to thank you again for your time cooperations !!!