UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIUS D. HEMPHILL, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 0902 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Harry Leinenweber |
| SGT. SKINNER, OFC. HOPKINS, | ) | |
| LT. McNAMARA, TOM DART, SHERIFF | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COME Defendants OFFICER KEVIN HOPKINS, SGT. THOMAS SKINNER and LT. JAMES McNAMARA, by their attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, JAMIE M. SHEEHAN, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), states as follows:

Assistant State's Attorney Jamie M. Sheehan was assigned this case on September 2, 2008.

In his complaint plaintiff advances claims against defendants for excessive force and deliberate indifference.

Plaintiff alleges in his suit that he fully complied with the exhaustion requirement of the Prison Litigation Reform Act (PLRA) prior to commencing litigation as required by law.

That certain documents are necessary to not only prepare a proper answer or other pleading to Plaintiff's allegations in his complaint, but also to conduct a Pavey

hearing.

That the necessary documents have been requested and will not be received for at least 45 days.

**WHEREFORE YOUR DEFENDANTS PRAY:**

1. That this Honorable Court grant an enlargement of time, up to and including October 21 2008 for the Defendants to answer or otherwise plead;

2. That this Honorable Court grant any other relief it deems just.

        Respectfully Submitted,

        RICHARD A. DEVINE
        State's Attorney of Cook County

By:    <u>S/ Jamie M. Sheehan</u>
        Jamie M. Sheehan
        Torts/Civil Rights Litigation Section
        500 Richard J. Daley Center
        Chicago, IL 60602
        (312) 603-6772