UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIUS D. HEMPHILL, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 0902 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Harry Leinenweber |
| SGT. SKINNER, OFC. HOPKINS, | ) | |
| LT. McNAMARA, TOM DART, SHERIFF | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

TO: Peter R. Colardarci
221 N. LaSalle St.
Chicago, Illinois 60604

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 17, 2008 at 9:30 a.m. I shall appear before the Honorable Harry D. Leinenweber in the courtroom usually occupied by him in Room 1941 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached **Defendants' Motion to Enlarge Time**

RICHARD A. DEVINE
State's Attorney of Cook County

By S:/ Jamie M. Sheehan
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-6772
# 6257647