<u>CERTIFICATE OF SERVICE</u>

  I, Jamie M. Sheehan, Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above via electronic filing on September 9, 2008, as provided by CM/ECF.

                         S/ Jamie M. Sheehan