**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Demetrius D. Hemphill
                Plaintiff,

v.                                        Case No.: 1:08−cv−00902
                                               Honorable Harry D. Leinenweber

Sgt. Skinner, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 12, 2008:

      MINUTE entry before the Honorable Harry D. Leinenweber:Defendants motion to enlarge time now noticed for 9/17/2008 is reset by the court for 9/26/2008 at 10:00 AM. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.